# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| The Thomas L. Pearson and The Pearson Family Members Foundation, | ) ) ) |
| Plaintiff and Counterclaim Defendant, | ) ) ) ) |
| v. | ) ) Case No. 19-MC-18-GKF-FHM |
| The University of Chicago, | ) ) ) |
| Defendant and Counterclaimant, | ) ) ) |
| v. | ) ) ) |
| Thomas L. Pearson, | ) ) |
| Counterclaim Defendant. | ) |

## OPINION AND ORDER

Plaintiff's *Motion to Compel Documents from Non-Parties Anne Richard and Gary Edson,* [Dkt. 1], has been fully briefed, [Dkts. 10, 11], and is before the court for decision.

As limited in Plaintiff's reply, Plaintiff seeks documents related to the following categories:

- Documents related to Edson's and Richard's service as special advisors to the "Institute Director" and The Pearson Institute (including contracts, pay stubs, documents indicating other remuneration received, etc.,);

- Documents related to the Executive Director role; and

- Communications by email and/or text message, with third-parties or University employees relating to [T]he Pearson Institute and Pearson Global Forum, **excluding:**

1) emails sent to or received from "uchicago.edu" email addresses that have been included as custodians in the University's production, and
2) Documents related solely to Edson's and Richard's role as Special Advisors to the Pearson Global Forum

Plaintiff also stated in the reply that Plaintiff agreed to forego any request for documents related to The Pearson Global Forum.

Based upon the facts that the non-parties were considered for the position of Executive Director and are listed as special advisors, the court finds that the discovery requested as limited in the reply and excluding The Pearson Global Forum is relevant to Plaintiff's claims and proportionate to the needs of the case.

Plaintiff's *Motion to Compel Documents from Non-Parties Anne Richard and Gary Edson,* [Dkt. 1], is GRANTED as set forth herein.

SO ORDERED this 2nd day of December, 2020.

_Frank H. McCarthy_
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE